## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

SAM EDWARD THURMOND, SR.
ADC #127149                                                                                          PLAINTIFF

V.                                          4:10CV001142 JMM

CONWAY POLICE DEPARTMENT, et al.                                                      DEFENDANTS

### JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, pursuant to the three strikes rule set forth in 28 U.S.C. § 1915(g).  Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

Dated this  30   day of August, 2010.


_____
UNITED STATES DISTRICT JUDGE